IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
CLERK, FLORENCE S
2012 JUL 30 A 11: 10

| | |
|---|---|
| UNITED STATES | ORDER DISMISSING SUPERVISED RELEASE VIOLATION PROCEEDINGS |
| vs. | |
| Joseph Alvin Billiott | Docket No. 4:01CR1152 |

On August 28, 2002, Defendant Joseph Billiott pled guilty to conspiracy to commit mail fraud. On June 20, 2003, he appeared before the Honorable Terry L. Wooten, U.S. District Judge, in U.S. District Court, Florence, South Carolina, and was sentenced to 26 months imprisonment. He was ordered to serve 3 years supervised release following service of his sentence. He violated his supervised release by failing to pay his restitution as ordered. His failure to pay has resulted in two previous revocations by this Court. Additional terms of supervised release were reimposed requiring additional restitution be paid.

On March 16, 2011, a third supervised release violation summons was issued for Mr. Billiott alleging he failed to pay further restitution. On April 14, 2011, he appeared before the Honorable Thomas E. Rogers, III, U.S. Magistrate Judge, and released on a $10,000 unsecured bond. At that time, due to the overall length of time Mr. Billiott had served on supervision the U.S. Attorney's Office and the defendant's attorney agreed that should the defendant maintain monthly restitution payments until his supervised release expiration date of March 23, 2012, a request would be submitted to dismiss the violations against him. Mr. Billiott has maintained payments as required. Therefore, the violation proceedings against Mr. Billiott are dismissed and his supervised release is permitted to close.

**AND IT IS SO ORDERED.**

_Terry L. Wooten_
The Honorable Terry L. Wooten
U.S. District Judge

July 27, 2012

Charleston, South Carolina